*Cummings, Jr.* and *Miss Helen R. Carloss* for respondent.

No. 211. COSTELLO ET AL. *v.* COSTELLO ET AL. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frederick J. Rice* and *William E. Leahy* for petitioners. *Mr. John F. Hillyard* for respondents.

No. 212. GENECOV *v.* TEXAS ET AL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Gabriel Hawkins Golden* and *Joel Manuel Hoppenstein* for petitioner.

No. 213. BADENHAUSEN ET AL. *v.* GLAZEBROOK ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Abraham Mitnovetz* for petitioners. *Messrs. Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, H. P. Adair, Carlyle Barton, Irwin L. Tappen, Olin E. Watts, William H. Rogers* and *Leonard D. Adkins* for respondents.

No. 214. JACKSON & PERKINS Co. *v.* MUSHROOM TRANSPORTATION Co., INC. ET AL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Austin F. Canfield* for petitioner. *Messrs. Lemuel B. Schofield* and *W. Bradley Ward* for the Mushroom Transportation Co., and *Mr. Thomas F. Gain* for Bickley, respondents.